NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIDTRONICS, INC.,**
*Plaintiff-Appellee,*

**v.**

**AURORA PERFORMANCE PRODUCTS LLC (DOING BUSINESS AS ARGUS ANALYZERS) and BPPOWER, INC.,**
*Defendants-Appellants.*

---

2011-1589

---

Appeal from the United States District Court for the Northern District of Illinois in Case No. 06-CV-3917, Judge Milton I. Shadur.

---

**JUDGMENT**

---

ROBERT LOREN WAGNER, Picadio Sneath Miller & Norton, P.C., of Pittsburgh, Pennsylvania, argued for the plaintiff-appellee.  Of counsel on the brief were JAMES R. BURDETT and RICHARD B. LAZARUS, Barnes & Thornburg, LLP, of Washington, DC.

CRAIG M. SCOTT, Scott & Bush Ltd., of Providence, Rhode Island, argued for the defendants-appellants.  With him on the brief was CHRISTINE K. BUSH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 20, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |